**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 13, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00705-CV

### IN RE PHILIPPE RENE NOTTEBOHM MAGANA, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 405,973-401**

## MEMORANDUM OPINION

On Thursday, August 2, 2012, relator, Philippe Rene Nottebohm Magana filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator complains that respondent, the Honorable Christine Butts, presiding judge of Probate Court No. 4 of Harris County, abused her discretion in granting a motion to compel production. Real party in interest, Ana Maria Nottebohm Magana, filed a response.

Relator has not established that he is entitled to mandamus relief.  Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Jamison, McCally, and Busby.